JASON JORJANI,

     Appellant

v.

NEW JERSEY INSTITUTE OF TECHNOLOGY; JOEL S. BLOOM; KEVIN J. BELFIELD; FADI P. DEEK; HOLLY STERN; CHRISTINE LI