## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

JASON JORJANI,

        Plaintiff,

    v.

NEW JERSEY INSTITUTE OF
TECHNOLOGY et al.,

        Defendants.

No. 18-cv-11693 (WJM)

**ORDER**

**THIS MATTER** comes before the Court on the parties' renewed cross motions for summary judgment, ECF Nos. 202 and 203; and for the reasons set forth in the accompanying Opinion, and for good cause appearing;

IT IS on this _____ day of April 2026, hereby,

**ORDERED** that Defendants' renewed Motion for Summary Judgment, ECF No. 203, is **GRANTED**; and it is further

**ORDERED** that Plaintiff's renewed Motion for Summary Judgment, ECF No. 202, is **DENIED**.

WILLIAM J. MARTINI, U.S.D.J.